# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 16, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150919

LALE ROBERTS and JOAN ROBERTS,
      Plaintiffs-Appellees,

v

KATHRYN SALMI, LPC, d/b/a SALMI
CHRISTIAN COUNSELING,
      Defendant-Appellant.

SC: 150919
COA: 316068
Houghton CC: 2012-015075-NH

_____/

On order of the Court, the application for leave to appeal the December 18, 2014 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address whether a mental health professional has a duty of care to third parties who might foreseeably be harmed by the mental health professional's use of techniques that cause a patient to have false memories of sexual abuse.

Persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 16, 2015



Clerk

a0909